IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMIE EDWARD HOUSEKNECHT : CIVIL ACTION
:
v. :
:
JOHN DOE, et al. : NO. 06-4597

ORDER

AND NOW, this 8th day of December, 2010, upon consideration of the defendants' Motion for Summary Judgment (Docket No. 43), and the plaintiffs' opposition thereto, the defendants' Supplemental Memorandum in Support of the Motion for Summary Judgment (Docket No. 97), and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED. Judgment is hereby entered in favor of the defendants.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.